# EXHIBIT 1



**American Lending Center**

P.O. Box 1907
Suwanee, GA 30024

<span style="color:red">Exhibit 1</span>



Enrollment Deadline: July 28, 2026

To Enroll, Scan the QR Code Below:

Or Visit:
https://app.idx.us/account-creation/protect

April 28, 2026

## Notice of Data Breach

Dear Jeffrey Feldman,

The privacy and protection of our clients' personal information is a matter that we take very seriously. Please allow this to serve as a notification to you concerning a recent data incident at American Lending Center that involved some of your personal information. While we are unaware of any current misuse of your information, we want to provide you with details regarding the incident, our response, and resources available to you to safeguard your identity from possible misuse.

### What Happened

In July 2025, American Lending experienced a data incident involving ransomware. Through a forensic investigation into this breach, it was discovered that the threat actor compromised internal network, executed a ransomware attack, and accessed certain files that may have contained personal identifying or sensitive information. To date, there is no evidence of misuse of any information.

A comprehensive data mining initiative was recently completed by American Lending on April 8, 2026 that uncovered the extent of information and consumers involved.

### What Information Was Involved

The information included name, date of birth, social security information, among other points of information.

### What We Are Doing

American Lending has and will continue to work diligently to further strengthen the security of its systems to the highest possible level. As cybercriminal techniques become more sophisticated, so will the protection mechanisms to secure our systems from unauthorized access. American Lending has implemented additional safeguards to improve security within its infrastructure and will continue to take additional steps to protect related data from theft or similar cybercriminal activity in the future.

In addition, American Lending is offering identity theft protection services through IDX, the data breach and recovery services expert. IDX identity protection services include: 12 months of credit and CyberScan monitoring, a $1,000,000 insurance reimbursement policy, and fully managed ID theft recovery services. With this protection, IDX will help you resolve issues if your identity is compromised.