## IX. RELATED CASE(S) IF ANY
## ADDENDUM

| Case Name | Case No. | Jurisdiction | Judge |
|---|---|---|---|
| STEPHANIE FISCHER individually, and on behalf of all others similarly situated, Plaintiff, V. AMERICAN LENDING CENTER CALIFORNIA, LLC, AMERICAN LENDING CENTER HOLDINGS, INC., and DOES 1-50, inclusive, Defendants. | 8:26-cv-01055 | John d. Early | C. D. Cal |
| DAVID DAVIS, individually and on Behalf of all others similarly situated, Plaintiff, V. AMERICAN LENDING CENTER CALIFORNIA LLC, Defendant(s). | 8:26-cv-01070 | Not Assigned | C. D. Cal |
| ANNITA BALDWIN, on behalf of herself individually and all others similarly Situated, Plaintiff, Vs. AMERICAN LENDING CENTER CALIFORNIA, LLC, and AMERICAN LENDING CENTER HOLDINGS, INC., Defendants. | 8:26-cv-01073 | James V. Selna | C. D. Cal |